# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4207
_____

C.J.S., Father of C.J.M, a Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

April 9, 2019

PER CURIAM.

    AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothy M. Beasley of the Beasley Law Firm, P.L., Shalimar and Patricia B. Wright, Pensacola, for Appellant.

Sarah J. Rumph, Appellate Counsel, Department of Children and Families, Tallahassee, for Appellee; Thomasina Moore, Statewide Director of Appeals, and Sara Goldfarb, Appellate Counsel, Guardian ad Litem Program, Tallahassee.